# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>QUINCY ALOYSIUS DRAIN<br><br>Date of Original Judgment: January 7, 2010<br>Date of Previous Amended Judgment: June 12, 2013<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 5:09-CR-224-2FL<br>USM No: 16597-056<br><br>Robert Waters<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __31__ months **is reduced to** __25 months in Counts 4 and 7.__
This sentence consists of a term of 25 months on Counts 4 and 7, to be served concurrently, and a term of 60 months on Count 5, to run consecutively to the terms in Counts 4 and 7, producing a total term of 85 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 7, 2010, and June 12, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/6/2014

Effective Date: November 1, 2015
*(if different from order date)*

/s/ Louise W. Flanagan
*Judge's signature*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*